Form b18

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

| | |
|---|---|
| In Re:<br><br>Donald E. Bley<br>4592 Bells Lane<br>Cincinnati, OH 45244<br><br><br><br>  Jeannette R. Bley<br>            Debtor(s)<br><br><br><br><br>Social Security Number:<br>Debtor: xxx–xx–7330<br>Joint: xxx–xx–7004 | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) Case No.: 1:05–bk–13886<br>) <br>) <br>) <br>) <br>) <br>) Chapter:  7<br>) <br>) <br>) <br>) <br>) |

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:    11/22/05**

BY THE COURT:

Jeffery P. Hopkins
United States Bankruptcy Judge

**SEE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

FORM B18 Continued (10/05)                                                                                                           **Case: 1:05−bk−13886**

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes; applies to cases filed on or after October 17, 2005.

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for person injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. Applies to cases filed on or after October 17, 2005.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0648-1            User: branigan              Page 1 of 1                 Date Rcvd: Nov 22, 2005
Case: 05-13886                  Form ID: b18                Total Served: 31


The following entities were served by first class mail on Nov 24, 2005.
 db           +Donald E. Bley,   4592 Bells Lane,   Cincinnati, OH 45244-1960
 jdb          +Jeannette R. Bley,   4592 Bells Lane,   Cincinnati, OH 45244-1960
 aty          +Laura R Faulkner,    Weltman, Weinberg & Reis Co LPA,   525 Vine Street,   Suite 800,
                Cincinnati, OH 45202-3122
 aty          +Michael H Schlueter,   120 East Fourth Street,   8th Floor,   Cincinnati, OH 45202-4118
 tr           +Norman L Slutsky,   4153 U Crossgate Drive,   Cincinnati, OH 45236-1215
 ust          +Asst US Trustee (Cin),    Office of the US Trustee,   36 East Seventh Street,   Suite 2050,
                Cincinnati, OH 45202-4434
 8458112       American Select Insurance Company,   Westfield Companies,   P.O. Box 9001566,
                Louisville KY 40290-1566
 8458113       BMG Music Service,   PO Box 91545,   Indianapolis IN 46291-0545
 8458114      +Boudreau & Associates,    Attorneys At Law,   5 Industrial Way,   Salem NH 03079-4866
 8458115      +Capital Management Services,   726 Exchange Street,   Suite 700,   Buffalo NY 14210-1464
 8458116      +Children’s Hospital Medical Center,   Location 00194,   Cincinnati OH 45264-0001
 8458117      +Cinergy/CG&E,   3300 Central Parkway,   Cincinnati OH 45225-2307
 8458118      +Clermont Recovery Center,   1088 Wasserman Way Suite C,   Batavia OH 45103-1911
 8458119       Controlled Credit Corporation,   3687 Warsaw Avenue,   P.O. Box 5154,   Cincinnati OH 45205-0154
 8458120      +Credit Management Inc.,   4200 International Parkway,   Carrollton TX 75007-1912
 8458121       Dymacol Inc.,   3070 Lawson Blvd.,   P.O. Box 9017,   Oceanside NY 11572-9017
 8458122      +Eastgate Pediatrics,   4358 Ferguson Drive,   Cincinnati OH 45245-1680
 8458123       Fingerhut Credit Advantage,   c/o Axsys National Bank,   P.O. Box 5033,
                Sioux Falls SD 57117-5033
 8458124       Gary G. Lamond  D.D.S.  L.L.C.,   5616 Wolfpen-Pleasant Hill Road,   Milford OH 45150
 8458125       Huntington Bank,   PO Box 2059,   Columbus OH 43216-2059
 8458126      +Mercy Hospital Anderson,   PO Box 640566,   Cincinnati OH 45264-0001
 8458127      +North Shore Agency,   A National Collection Agency,   751 Summa Avenue,   Westbury NY 11590-5010
 8458128      +OSI Collection Services Inc.,   9525 Sweet Valley Road,   Cleveland OH 44125-4237
 8458129      +Pediatrics Assoc. of Mt. Carmel,   4420 Aicholtz Road,   Cincinnati OH 45245-1596
 8458130      +Pix Movie Service,   1400 N. Fruitridge Avenue,   Terre Haute IN 47811-0100
 8458131       Primestar Inc.,   c/o Bank One,   P.O. Box 78974,   Phoenix AZ 85062-8974
 8458132       Qualified Emergency Specialists  Inc.,   1472 Solutions Center,   Chicago IL 60677-1004
 8458133      +Rumpke Consolidated Co.,   10795 Hughes Road,   Cincinnati OH 45251-4598
 8458134       The Leader Mortgage Company,   aka The Leader Mortgage Company LLC,   The Sunamerica Building,
                1015 Euclid Avenue 6th Floor,   Cleveland OH 44115-1507
 8458135      +Thomas & Thomas,   Attorneys & Counselors At Law,   2323 Park Avenue,   Cincinnati OH 45206-2711

The following entities were served by electronic transmission on Nov 22, 2005 and receipt of the transmission
was confirmed on:
 aty          +E-mail: kross@zoomtown.com Nov 22 2005 22:31:30     Kenneth L Ross,   830 Main Street,   Suite 999,
                Cincinnati, OH 45202-2193
 tr           +EDI: QNLSLUTSKY.COM Nov 22 2005 19:23:00     Norman L Slutsky,   4153 U Crossgate Drive,
                Cincinnati, OH 45236-1215
 8458123       EDI: TSYS2.COM Nov 22 2005 19:23:00     Fingerhut Credit Advantage,   c/o Axsys National Bank,
                P.O. Box 5033,   Sioux Falls SD 57117-5033
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr            Huntington National Bank
 cr            US Bank NA
                                                                                              TOTALS: 2, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2005          Signature:    *Joseph Speetjens*

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234